**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Yuzhou Group Holdings Company Limited,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-11441 (LGB) |

**NOTICE OF ADJOURNMENT OF RECOGNITION HEARING**

**PLEASE TAKE NOTICE** that on August 22, 2024, Kwok Ying Lan, solely in her capacity as the duly authorized foreign representative (the "Foreign Representative") of Yuzhou Group Holdings Company Limited, filed the *Chapter 15 Petition for Recognition of a Foreign Proceeding* for the Debtor [Dkt. No. 1] and the *Verified Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding and Related Relief* [Dkt. No. 2] (together, the "Chapter 15 Petition")[2] pursuant to chapter 15 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Recognition Hearing") to consider the relief requested in the Chapter 15 Petition previously scheduled for 10:00 a.m. (Eastern Time) on October 2, 2024, has been **adjourned to a date and time to be determined.** The Foreign Representative will file a notice of the date and time of the adjourned Recognition Hearing once it has been scheduled.

**PLEASE TAKE FURTHER NOTICE** that copies of the Chapter 15 Petition and all documents filed in the chapter 15 case are available to parties in interest on the Court's Electronic Case Filing System, which can be accessed from (i) the website maintained by Sodali & Co in respect of the Scheme at https://projects.sodali.com/yuzhou, (ii) the Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or (iii) upon written request to the Foreign Representative's counsel (including by facsimile or email) addressed to:

> LINKLATERS LLP
> 1290 Avenue of the Americas
> New York, NY 10104
> Telephone: (212) 903-9000
> Facsimile: (212) 903-9100

---

[1] Yuzhou Group Holdings Company Limited's company registration number is 209366, and the location of its registered office is Conyers Trust Company (Cayman) Limited, Cricket Square, Hutchins Drive, P.O. Box 2681, George Town, Grand Cayman KY1-1111, Cayman Islands.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Chapter 15 Petition. The Debtor is the subject of the Hong Kong Proceeding as defined in the Chapter 15 Petition.

        Attn: Christopher J. Hunker, Esq.
        Attn: Clark L. Xue, Esq.
        christopher.hunker@linklaters.com
        clark.xue@linklaters.com

Dated: September 27, 2024                  Respectfully submitted,
      New York, New York

By:   */s/ Christopher J. Hunker*
      Christopher J. Hunker
      Mark Dawson
      Clark L. Xue
      Curtis G. Smith
      LINKLATERS LLP
      1290 Avenue of the Americas
      New York, NY 10104
      (212) 903-9000

      *Counsel to the Foreign Representative*